# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF JAMES L.
OLIVER

NO. 2025 CW 0815

**NOVEMBER 26, 2025**

---

In Re:   Tracey Denham, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
202330819.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's June 17, 2025 judgment which declared the August 13, 2020 testament to be invalid and absolutely null is an appealable judgment. An action to annul a testament is a new suit. "Thus, it is technically a separate action from the succession proceeding, its object being the annulment of the testament probated in the succession proceeding. A judgment annulling the testament therefore, determines the merits of that separate action, brought in the succession proceeding, and accordingly constitutes a final judgment." See **In re Succession of Theriot,** 2008-1233 (La. App. 1st Cir. 12/23/08), 4 So.3d 878, 881-82. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendant, Tracey Denham, pursuant to her notice of intent to seek supervisory writs. See **In Re Howard,** 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT